UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FOTO ELECTRIC SUPPLY CO., INC<br><br>Plaintiff,<br><br>v.<br><br>MARUT ENTERPRISES LLC AND<br>BRETT MARUT<br><br>Defendants. | Civil Action No.:<br><br>1:24-cv-05540-JSR<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO SERVE DEFENDANTS |

Upon review of Plaintiff's letter (Dkt. 10), and counsel's declaration and exhibits (Dkt. 11), in support of a motion: seeking leave to serve the Summons and Complaint on Defendant Marut Enterprises LLC via the California Secretary of State; and seeking leave to serve Defendant Brett Marut ("Mr. Marut") by posting the Summons and Complaint on the locked gate of his home as part of nail and mail service (*id.*); and seeking a thirty (30) day extension of the due date for service so as to take such steps; and upon a a review of Plaintiff's submission (Dkt. 12) confirming that the letter motion, declaration, and exhibits (Dkts. 10-11) were sent to Defendants' counsel and to Mr. Marut, and that no response has been filed, it is hereby:

ORDERED that leave is hereby granted for Plaintiff to serve the Summons and Complaint on Defendant Marut Enterprises LLC via the California Secretary of State; and,

ORDERED that leave is hereby granted to serve Brett Marut as an individual defendant, and as President of Defendant Marut Enterprises LLC, by posting the Summons and Complaint on the locked gate of Mr. Marut's home as part of nail and mail service on him; and

ORDERED that the due date for effecting service on Defendants is extended to thirty (30) days from the date of this Order.

Dated: November 7, 2024

_____
Honorable Jed S. Rakoff
United States District Judge