UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FOTO ELECTRIC SUPPLY CO., INC., | 24-cv-05540 (JSR) |
| Plaintiff, | ORDER |
| -v- | |
| MARUT ENTERPRISES LLC AND BRETT MARUT, | |
| Defendants. | |

JED S. RAKOFF, U.S.D.J.

Following consideration of the parties' written submissions, the Court hereby grants the motion of defendants Marut Enterprises LLC and Brett Marut to dismiss plaintiff's Amended Complaint in the above-captioned case in full, primarily on the ground that it is not appropriate for declaratory action. A memorandum explaining the reasons for this ruling will issue in due course. The Clerk is directed to close defendants' motion (Dkt. 23).

SO ORDERED.

Dated: New York, NY

January 21, 2025

JED S. RAKOFF, U.S.D.J.

1