**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------X
FOTO ELECTRIC SUPPLY CO., INC.,

                Plaintiff,                              24 **CIVIL** 2299 (LTS)

      -against-                               **JUDGMENT**

MARUT ENTERPRISES LLC AND BRETT MARUT,
                Defendants.
------------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Order dated April 1, 2025, the Court hereby grants defendants' motion to dismiss the complaint in full.

**Dated:** New York, New York

      April 1, 2025

                                            **TAMMI M. HELLWIG**
                                               **Clerk of Court**

**BY:**

                                               **Deputy Clerk**